PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERRY RENEE KINCADE,<br><br>Defendant. | CASE NO. 1:22-CR-00001-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 25, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 25, 2023.

2. By this stipulation, defendant now moves to continue the status conference until March 22, 2023, and to exclude time between January 25, 2023, and March 22, 2023, under 18 U.S.C. § 3161(h)(1)(E) and (7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) This matter concerns an out-of-district indictment from the Eastern District of Virginia. The parties agreed to and have completed a Rule 20 transfer of this matter from the Eastern District of Virginia to the Eastern District of California. Doc. 17.

   b) The parties are in ongoing plea negotiations and anticipate that this matter will be

resolved via a plea agreement.

      c)     Counsel for the defendant desires additional time to consult with her client, review the current charges, and to discuss a potential plea agreement in this matter.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2023 to March 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(E) and (7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 18, 2023                    PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ JESSICA A. MASSEY
                                              JESSICA A. MASSEY
                                              Assistant United States Attorney

| | |
|---|---|
| Dated:  January 18, 2023 | /s/ MEGHAN MCLOUGHLIN<br>MEGHAN MCLOUGHLIN<br>Counsel for Defendant<br>SHERRY RENEE KINCADE |

## **ORDER**

IT IS SO ORDERED that the status conference is continued from January 25, 2023, to **March 22, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

| | |
|---|---|
| Dated:   **January 18, 2023** | /s/ Barbara A. McAuliffe<br>UNITED STATES MAGISTRATE JUDGE |