PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00001 ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS DATE AND SET MATTER FOR CHANGE OF PLEA; ORDER |
| v. | |
| SHERRY RENEE KINCADE, | DATE: May 24, 2023
TIME: 1:00 p.m.
COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on May 24, 2023; time was excluded until that date. ECF 38.

2. The defendant intends to accept the government's plea offer.

3. The Hon. Ana de Alba has agreed to special set the matter for a change of plea via the Zoom application to accommodate the parties.

4. By this stipulation, defendant now moves to vacate the status conference and set the matter for a change of plea hearing before the Hon. Ana de Alba, U.S. District Judge, on April 19, 2023, at 9:00am via Zoom.

///

5. Because time has already been excluded until May 24, 2023 (ECF 38), no additional time exclusion is necessary.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 21, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JESSICA A. MASSEY<br>JESSICA A. MASSEY<br>Assistant United States Attorney |
| Dated: March 21, 2023 | /s/ MEGHAN MCLOUGHLIN<br>MEGHAN MCLOUGHLIN<br>Counsel for Defendant<br>SHERRY RENEE KINCADE |

IT IS SO ORDERED.

Dated:   March 22, 2023

UNITED STATES DISTRICT JUDGE

STIPULATION TO VACATE STATUS DATE AND
SET MATTER FOR CHANGE OF PLEA

2