HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
SHERRY RENEE KINCADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:22-CR-00001-ADA |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE SENTENCING DATE; ORDER** |
| SHERRY RENEE KINCADE | ) | DATE: September 25, 2023 |
| | ) | TIME: 08:30 a.m. |
| Defendant. | ) | COURT: Hon. Ana de Alba |

Counsel for Defendant Sherry Renee Kincade, by and through her counsel of record, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Brittany Gunter, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on September 25, 2023.

2. By this stipulation, defendant now moves to continue sentencing until November 6, 2023. As this is a sentencing and a change of plea and admission have already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defense counsel has been investigating various mitigation documents relevant to sentencing, including medical records regarding Ms. Kincade's medical conditions.

b) Ms. Kincade has been seeking treatment and referrals for various conditions, and continues to have appointments and labs through the month of September. The full follow-up of these conditions is important in considering Ms. Kincade's history and characteristics under 18 U.S.C. § 3553(a), among other factors, and the question of sentencing.

c) In addition, it is imperative that the nature of her conditions and required treatment are accurately portrayed in the Presentence Investigation Report so that, in the event of her incarceration, the Bureau of Prisons may effectively and efficiently designate her to an appropriate institution and provide further treatment while she is serving her term.

d) This is Ms. Kincade's first request for a continuance.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

       e)       Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       f)       The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

Dated: July 20, 2023       */s/ Meghan D. McLoughlin*  
MEGHAN MCLOUGHLIN  
Assistant Federal Defender  
Attorney for Defendant  
SHERRY RENEE KINCADE

Dated: July 20, 2023       */s/ Brittany Gunter*  
BRITTANY GUNTER  
Assistant United States Attorney

IT IS SO ORDERED.

Dated: __July 20, 2023__       _____  
UNITED STATES DISTRICT JUDGE