HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN McLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
SHERRY RENEE KINCADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00001-ADA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE** |
| SHERRY RENEE KINCADE | Judge: Hon. Jennifer L. Thurston |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Defendant Sherry Renee Kincade, by and through her counsel of record, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Brittany Gunter, that the self-surrender date set for January 3, 2024, be continued to January 18, 2024, by 12:00 p.m. The defendant is to self-surrender to FPC Bryan located at 1100 Ursuline Ave, Bryan, Texas, for a 24-month sentence. The continuance will allow Ms. Kincade time to coordinate travel from Merced, CA to Bryan, TX, avoid travel during the holiday season, and attend final dental appointments prior to serving her sentence.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: December 11, 2023   */s/ Meghan D. McLoughlin*
MEGHAN MCLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
SHERRY RENEE KINCADE

Dated: December 11, 2023   */s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **December 11, 2023**

_____
UNITED STATES DISTRICT JUDGE