HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN McLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
SHERRY RENEE KINCADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> SHERRY RENEE KINCADE, </br></br> Defendant. | Case No. 1:22-CR-00001-ADA </br></br> **STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE** </br></br> Judge: Hon. Jennifer L. Thurston |

     IT IS HEREBY STIPULATED by and between Defendant Sherry Renee Kincade, by and through her counsel of record, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Brittany Gunter, that the self-surrender date set for January 18, 2024, be continued to January 19, 2024 by 12:00 p.m. The defendant is to self-surrender to FPC Bryan located at 1100 Ursuline Ave, Bryan, Texas, for a 24-month sentence.

     Ms. Kincade is currently traveling by bus from Merced, CA to Bryan, TX. She left Merced on January 14, 2024, building two additional days travel time to account for delays on the way. Unfortunately, due to severe weather across the country, there have been extraordinary delays and Ms. Kincade's travel has been rebooked at least two times. She is now scheduled to arrive in Bryan, TX the morning of January 19, 2024. The continuance will account for the delays in travel that have been completely out of Ms. Kincade's control.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 18, 2024

*/s/ Meghan D. McLoughlin*
MEGHAN MCLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
SHERRY RENEE KINCADE

Dated: January 18, 2024

*/s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney

## FINDINGS AND ORDER

For the reasons set forth above, Ms. Kincade's self-surrender date is EXTENDED to noon on January 19, 2024.

IT IS SO ORDERED.

Dated:   **January 18, 2024**

_____
UNITED STATES DISTRICT JUDGE